IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| JEROME VINCENT, JOHNSON | : | CIVIL ACTION |
|---|---|---|
| Plaintiff | : | |
| | : | |
| v. | : | NO. 09-5537 |
| | : | |
| DELAWARE COUNTY, et al., | : | |
| Defendants | : | |

**O R D E R**

**AND NOW,** this 27th day of October, 2010, upon consideration of the defendants' uncontested motion for judgment on the pleadings (Document #11), IT IS HEREBY ORDERED that the motion is GRANTED in its entirety.

The Clerk of Court is directed to mark this case CLOSED for all purposes.

BY THE COURT:

/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.